**Dismiss and Opinion Filed December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01077-CV

### RONE ENGINEERING SERVICES, LTD., Appellant

### V.

### DELTEK, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01839**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Under Texas Rule of Appellate Procedure 42.1, appellant has filed a motion requesting the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

151077F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RONE ENGINEERING SERVICES, LTD.,
Appellant

No. 05-15-01077-CV     V.

DELTEK, INC., Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-01839.
Opinion delivered by Justice Francis.
Justices Evans and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Deltek, Inc. recover its costs, if any, of this appeal from appellant Rone Engineering Services, Ltd.

Judgment entered December 18, 2015.